**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-39441 |
| Gary A. Busse | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:

| | |
|---|---|
| Date: | 8/22/2014 |
| Time: | 9:15 a.m. |
| Location: | Joliet City Hall |
| | Second Floor |
| | 150 West Jefferson Street |
| | Joliet, Illinois |

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  7/22/2014                          By:  /s/ Joji Takada
                                                                      Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

In re:                                              §
                                                    §
Gary A. Busse                                       §         Case No. 13-39441
                                                    §
                    Debtor(s)                       §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,500.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 3,490.00 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $        875.00 | $        0.00 | $        875.00 |
| Trustee Expenses: Joji Takada | $        4.45 | $        0.00 | $        4.45 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 879.45 |
| Remaining Balance | $ | 2,610.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,906.89  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $       13,356.02 | $       0.00 | $       698.63 |
| 2 | Asset Acceptance Llc Assignee Fia Card Services | $       32,756.36 | $       0.00 | $       1,713.43 |
| 3 | N. A. Capital One Bank (Usa) | $       3,794.51 | $       0.00 | $       198.49 |

|  |  |  |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 2,610.55 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: <u>Joji Takada</u>

Trustee


*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois 60646*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                        Case No. 13-39441-BWB
Gary A. Busse                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal              Page 1 of 1              Date Rcvd: Jul 23, 2014
                             Form ID: pdf006             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2014.
db          #+Gary A. Busse,      502 Chestnut Drive,    Oswego, IL 60543-9811
21079815     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
21079816    #+Bradley Sayad,    5 East Van Buren,    Suite 214,    Joliet, IL 60432-4224
21079817     +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
21314014      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
21079819     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
21079820     +Chase Mht Bk,    Attn:Bankruptcy Dept,    Po Box 15298,    Wilmington, DE 19850-5298
21079821     +Harris & Harris, Ltd,    Harris & Harris, Ltd.,    111 W Jackson Blvd 400,    Chicago, IL 60604-4135
21079822     +Johnson, Harkness & Park, Inc.,    1480 Sequoia Drive,    Aurora, IL 60506-1093
21079823     +Morgan Crossing HOA,    204 E. St. Charles Road,    Lombard, IL 60148-2331
21079824     +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
21079825     +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
21079826     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21255146      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2014 00:33:11
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
21079814     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 24 2014 00:29:35       Asset Acceptance,
               Attn: Bankrupcy Dept,    Po Box 2036,    Warren, MI 48090-2036
21267200     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 24 2014 00:29:35
               Asset Acceptance LLC assignee FIA CARD SERVICES,    PO Box 2036,    Warren, MI 48090-2036
21079818     +E-mail/Text: contact@csicollects.com Jul 24 2014 00:30:40       Certified Services Inc,
               1733 Washington St Ste 2,    Waukegan, IL 60085-5192
                                                                                             TOTAL: 4


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2014 at the address(es) listed below:
              Joji  Takada   on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Jyothi R Martin    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract originated by Bank of America, N.A.
               jramana@atty-pierce.com
              Michael W Huseman    on behalf of Debtor Gary A. Busse mhuseman@dreyerfoote.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5